IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAIME V. BOLANOS                                                                PLAINTIFF

V.                              CASE NO. 4:18-CV-94-JM-BD

RYALS, et al.                                                                   DEFENDANTS

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. Mr. Bolanos may file written objections to this Recommendation. Objections must be specific and must include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Bolanos risks waiver any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Jamie V. Bolanos filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entry #1) The Court requires plaintiffs who are not represented by counsel to keep the Court informed as to their current addresses. Local Rule 5.5.

On March 6, 2018, Mr. Bolanos was given thirty days to notify the Court of his new address, after his mail sent from the Court was returned as undeliverable. (#9, #10)

The Court specifically cautioned Mr. Bolanos that his claims could be dismissed if he failed to comply with the Order. (#10) To date, Mr. Bolanos has failed to notify the Court of his current address, as ordered, and the time for doing so has passed.

## III.  Conclusion:

The Court recommends that Mr. Bolanos's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 6, 2018 Order requiring him to notify the Court of his address.

DATED this 9th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE