# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAIME V. BOLANOS                      PLAINTIFF

V.           CASE NO. 4:18-CV-94-JM-BD

RYALS, et al.                        DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Mr. Bolanos has not filed an objection. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Bolanos's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 26th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE