# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAIME V. BOLANOS                                                                      PLAINTIFF

V.                          CASE NO. 4:18-CV-94-JM-BD

RYALS, et al.                                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 26th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE